

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:TBM
F. #2020R00871

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 28, 2021

By E-mail

The Honorable Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Darren Charles Stewart
                 Criminal Docket No. 21-42 (WFK)

Dear Judge Pollak:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety. The defendant has been arrested and therefore there is no longer a need to keep this matter under seal.

                                          Respectfully submitted,

                                          SETH D. DuCHARME
                                          Acting United States Attorney

                         By:    /s/ Tara McGrath
                                          Tara McGrath
                                          Assistant U.S. Attorney
                                          (718) 254-6454

Enclosure

cc:    Clerk of Court (by ECF)