22/11/2022

The Honorable William F. Kuntz, II

United States District Judge

Eastern District of New York

225 Cadman Plaza East

BROOKLYN, NEW YORK 11201


Dear Honorable Judge William F. Kuntz, II,

Darren came into our lives in 1990. A young polite paramedic.  His friendship with our daughter, Annette, developed into a loving relationship.  We could not have wished for a better son in law and father of our grandson and granddaughter.  Together with our daughter, he reared two well grounded responsible children.   Setting by example values of loyalty, love, trust, caring, empathy and understanding both in the home and in the community. Their home was frequently a neighborhood hub of extra children, laughter (and sometimes loud music rebounded from the walls).


His dedication to his profession always evident in his compassionate and respectful approach, to those that he was required to care for and his ability to work well within a team structure. I have seen him excited and happy that he had delivered a healthy baby in the back of an ambulance in route to hospital; elation at successfully reviving someone following a near drowning or heart attack.   I have also seen him come home after a particular difficult workday attending road traffic accidents resulting in serious injury or death, wrapping his family in his arms telling them that he loved them.  His family is the most important thing in his life, and I will one hundred percent guarantee this will always be the case.


Even after his marriage of 20years ended, he is still a much-loved member of our family and I still (as does my husband) consider Darren our son-in-law and will always be so.


I was privileged to witness his work ethics first-hand, on many occasions.  I worked as a Registered Nurse in an aged care home.  This included all care of the aged including dementia care.  After an assessment of a patient, it was deemed that she needed to go to hospital.  The lady, who had dementia, had a fall, and had a suspected fractured hip.   Darren was one of the ambulance crew members that attended this day. He was made aware of the patients increased anxiety and confusion with having new faces coming to care for her.   I was touched by his gentle, calm approach, talking softly to her, as she was transferred to the stretcher.   The lady ended up stroking Darren's arm and touched his face telling him he was nice.  She continued to hold his hand as she was being wheeled out to the ambulance vehicle. This was uncharacteristic of her, given her level of dementia, especially when removed from her regimented and familiar environment. Darren told me later, that he was honored that this frail lady could put her trust in him. He said to me, and I quote "she is someone's mother and grandmother, I would like to think a stranger would treat my own grandmother with dignity in the same circumstances". This was not an isolated occurrence (that I witnessed) by Darren, making people feel secure and cared for.

22/11/2022

I wish to stress that my husband, Ron, and I are in full support of Darren and cannot wait for him to be home with his family and for us to reunite again.  Ron and I will always support Darren, now and when he comes home.  Please do not hesitate to contact me should you require any further information or clarification.


Yours sincerely

*Hazel J. Gierke*

Hazel Gierke

5 Michael Street

WESTBROOK, QUEENSLAND 4350TG

AUSTRALIA.

+61429372172