November 27, 2022

The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

To The Honorable William F. Kuntz II,

I am writing a character reference letter on behalf of Darren Stuart.  Darren is pleading guilty on the charges brought against him. I was first informed of this back in January 2021 prior to him surrendering himself.

When I had first heard the news of Darren being arrested I was in total shock.  Knowing Darren  for the past several years this was totally out of character for him.  I consider Darren to be one of my closest friends.  Just to give you a little bit of a back story.  I had come to know Darren in the most unusual way, and that is through my ex, yes he was dating my ex.  I had actually put off meeting him for sometime for the simple fact of who he was dating.  Nonetheless we did finally all decide to meet up for a movie.  We met at Chipotle for dinner on 34th Street and then proceeded to the movie theater afterwards.  My first impression was that he was a nice guy who happened to be very funny.  Little did I know that we would become such good friends over the years.

Darren is one the most kind hearted, loyal, compassionate person that I know.  He would never like to see any of his friends suffer and would always help them out in time of need.  I know this to be true because he has helped me move my entire apartment form one part of the city to another part of the city just because he knows I only have a few close friends and no family in the area.  He has also help me countless time carrying  furniture that I had bought off of Facebook Marketplace just because the items were too bulky to put in an uber.  Darren was there for me when I broke up with my exe's always there for an ear to be listened.   Darren made sure that everyone was happy.  I can remember many nights we would hang out in his apartment and made  sure everyone was fed and had enough to drink. He loves to play bartender.   There were many times when we all went out to eat and he would pay the bill and would all be fighting trying to give him some money but he wouldn't accept.  We would have to find clever ways to get him the cash.   This was just how Darren was it didn't matter if you knew him for a day or a lifetime

I can remember all of the countless Friday nights, weekends, birthdays, holidays that we have spent together and another Christmas is coming up and not being able to see him or talk to him really does make a difference.   I won't speak for him but I can truly say that Darren truly regrets the situation that he is in and would like to just move forward with his life.  He would love nothing more than to put this all behind him and look toward the future.

Should you need to verify any of my statement please feel free to contact me at 347.331.3171

Sincerely yours,

*Michael L. Olson Jr.*

Michael L. Olson Jr.
4211 W. Escuda Dr.
Glendale AZ 85308