24/11/2022

The Honorable William F. Kuntz, II

United States District Judge

Eastern District of New York

225 Cadman Plaza East

BROOKLYN, NEW YORK 11201

Dear Honorable Judge William F. Kuntz, II,

I would like to provide a character reference for Darren Charles Stewart; DOB: 20/02/1968.

Darren is my ex-husband but foremost my dearest and most loved friend.  He is the father of my two adult children, Kyle and Melleesa.  Regardless of our time separated our friendship has never been stronger and I feel so blessed he has and remains a part of my life.  He was such a caring and wonderful husband, encouraging and supporting me to further my studies and to grow as a person.  He also encouraged our children to grow and be true to themselves, and to follow their dreams.  He loves unconditionally and again this is evident in how he has helped me raise our children.

Darren and I met in 1988 when he was a young paramedic and I a young nurse.  We soon became best friends then eventually married and started our family.  We moved to rural outback Queensland, Australia and there, in two rural towns, we raised our children over a twenty-year period.

Darren is such a devoted father and has been an integral role model for our children and to their friends as well. He would donate his time to local charities and sporting groups that our children were involved in or just because they belonged to his community which he loved.  Often and still to this day our children's friends still refer to Darren as 'Dad'.  He is loved by so many people that I could not begin to say how many.  All the time that I have known Darren, people gravitated towards him for support and advice, which was due to his integrity, morals, trustworthiness, loyalty, compassion, and friendship, that he gave honestly and without any ulterior motives whatsoever. Darren has been honored with the role of godfather to his nieces and nephews and numerous friends' children as well.  He does not take these roles lightly.

Darren was an incredible paramedic and gave so much to helping others.  I was lucky to work in a community where I would hear praises for him and by those that had no idea we were married.  I remember on so many occasions when a tragedy would fall upon a family in our community, Darren would anonymously send a huge hamper and relief pack to the family just to help them out in their time of mourning and need.  He would only let me know.  Darren used to take snacks to the pilot, flight nurses and medical teams of our flying doctors service knowing that they were on long shifts and quite often unable to access food when out retrieving very unwell patients to transport to a larger tertiary hospital.

I could go on for such a long time telling you of incredible deeds Darren has done and I can tell you he never wants accolades for doing them.  He is the epitome of a humanitarian in my eyes.  I feel so incredible lucky and blessed that Darren is the father of my children.  He has devoted his time to them, and they are his everything.  My family still see Darren as a son-in-law/brother-in-law/uncle and forever a part of our family.

24/11/2022

I cannot stress enough just how good a person Darren is and how lucky the world is with him in it.  I intend to support Darren every step of the way and this includes on his return home.   Please do not hesitate to contact me if you require any further input.


Yours sincerely



Annette Stewart

11 McLaughlin Circuit

OXENFORD, GOLDCOAST

QUEENSLAND AUSTRALIA 4210

+61434273203