The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable Judge William F. Kuntz, II,

I am writing this letter in support of my beloved father, Darren Charles Stewart. My father was a paramedic in Australia for 30 years prior to moving to the United States of America. In this time, he served as a well-loved and highly respected member of the communities he worked for, particularly Toowoomba, Warwick, and my hometown Goondiwindi. The entire town knew and appreciated my father and would smile and wave at Dad every time we walked down the main street or in the shops. He was very highly regarded wherever he went. My father was known for his professionalism, compassion, expertise, and kind nature across the various country communities he worked in. As a student myself now studying paramedicine, I come across people to this day who know my father and speak of him with the utmost of respect and excited to meet his daughter. I chose my career path of becoming a paramedic because of my father and the man that he is, I want to emulate the impact he had on our community, he truly served society in the most selfless way imaginable throughout his whole life.

Growing up, my father was my hero and still is to this day. He is funny, kind, patient, understanding, intelligent and generous. Mine and my brother's friends would both call him Dad and fight us to sit in the front seat with him when he picked us up from school. He was funny and silly and would look after us all in every way. I could not support my father anymore if I tried, I give you my absolute guarantee that when he returns to Australia that he will live between myself and my brother's house, as well as his ex-wife's house (my Mother), and the many friends and family that he has. We all miss him very much and we need him home with us please. Life is so short, and I need my Dad back to be by my side as soon as you may possibly allow. I respect your role so very much and thank you for your service to your community as well. In the charges that my Dad is facing I understand that your job is one of the most important in the world. As someone who respects that side of the law in the utmost possible way, I can assure you that my father will not pose any harm to the community upon returning home. In fact, he will especially be fighting for his dignity and respect back that he spent his lifetime building. He will be the most supported man to ever leave the penitentiary system as well.

My Dad is the most beautiful, kind, generous, loving, supportive human I know. He would give the shirt on his back for absolutely anyone in need. He has swum through flood waters in the middle of the night to save a child that was swept away from his family. He has hung upside down in a giant grain silo to give a man an IV medication after the man was crushed by falling cement. He has delivered babies, helped old nanas get back into bed after falling, has even saved the lives of countless souls in his time. He is a best friend to many people. Most people who know him consider him to be one of their closest friends. His ex-wife's parents and family still consider him a son and brother. All I ask is that you take his entire impact on this Earth into consideration when deciding on his fate and allow him to come home to us as soon as you are able to.

Warm regards,

Melleesa Amy Stewart

*M Stewart*

2/1 Saltair Street, Kings Beach QLD 4551, Australia
stewart.melleesa@gmail.com
(+61) 448 200 057