22/11/2022

The Honorable William F. Kuntz, II

United States District Judge

Eastern District of New York

225 Cadman Plaza East

BROOKLYN, NEW YORK 11201

Dear Honorable Judge William F. Kuntz, II,

I am Kyle Stewart, Darren Stewart's son.

My dad is an incredible man, who has positively impacted the lives of every person he meets and most importantly me. Growing up, my dad was a highly respected ambulance officer/paramedic. Through career changes he has remained the same respected, loyal, and ethical man.

Everybody gets to know everyone in a small town, and my dad was so well known and loved in the community that I couldn't walk twenty meters down the street without somebody stopping me to ask how my dad is or to praise him for helping them. Most of my conversations would end up being about my dad and his work as one of seven paramedics in our town. Even today, anybody I talk to, that knew Dad, always wants to know how he is and what he is doing with his life. They always, without fail, ask me to pass on their best wishes to him.

Growing up, out house was the place where all our friends would hang out. It was a place we could be kids/teenagers and all our friends' parents knew their kids would be safe at the Stewart house. A lot of my friends call him 'Dad' because that's how he was with them – a father figure who always went above and beyond to keep us happy and safe and allowed us to grow.

Looking back on my childhood, I have no negative experiences involving my father – apart from the occasional grounding and structured discipline, but what teenager likes being grounded?

Most people would say my dad was a utilitarian, striving to better our community and further, our society. He spent countless early mornings doing callouts to help people in emergencies such as care crashes, snake bites, accidents to those having heart attacks or giving birth. While simultaneously organising and participating in fairs, fundraising events, volunteering, and training state emergency personal.

My dad taught me many life skills including basic first aid as was his profession, cooking, wood working and how to drive. He gave me the love of camping and four-wheel driving as well as fishing. Most importantly he taught me how to look after my mum and my sister and how to be an upstanding citizen and decent human being.

These are the qualities that make my dad the incredible, amazing man and role model that he is. I am so very proud of my dad, and I cannot wait to have him home to hang out with and to share my life with. I will always support my dad no matter what and I will be here to help him anyway I can, when he gets home. Please don't hesitate to contact me if you would like more information or clarify anything I have written.

Kind regards

Kyle Stewart

9 Armando Street

ALEXANDRA HILLS

QUEENSLAND AUSTRALIA 4161

+61456868392