# *Darren Stewart*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

**Reg. No. 27577-509**
*has satisfactorily complete*

**Quiet Moments**
*and is hereby awarded this certificate,*
*day on December 12, 2022*

Dr. Alcide
Staff Psychologist